MEMO ENDORSED

**BRONX**
**Legal**
**Services** NYC
**DEMAND JUSTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 22, 2022

December 21, 2022

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Paulin Preldakaj v. Airlu Realty L.L.C. et. al.*
      Civil Action No. 1:22-CV-06055 (ALC)

Dear Judge Carter:

Bronx Legal Services represents Plaintiff Paulin Preldakaj in his suit against Defendants Airlu
Realty L.L.C., Paradise Court LLC, Marija Rukaj, and Prela Rukaj ("Defendants"). Pursuant to
the Court's order dated November 22, 2022, Plaintiff writes with consent of all parties to apprise
the Court of ongoing negotiations and request additional time for submission of a final
settlement. *See* ECF No. 36.

The parties have made progress towards settlement since their last status report, and Plaintiff is
in recent possession of a proposed agreement from Defendants. Plaintiff respectfully requests
until January 23, 2023, to finalize the settlement and file a joint letter requesting settlement
approval.

Sincerely,

/s/   Michael Diller
BRONX LEGAL SERVICES
Staff Attorney
349 E. 149th St., 10th Floor
The Bronx, NY 10451
(347) 592-2117
mdiller@lsnyc.org

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dec. 22, 2022

**Bronx Legal Services** | 349 East 149th Street, 10th Floor, Bronx, NY 10451
Phone: 718-928-3700 | Fax: 718-292-2857 | www.LegalServicesNYC.org
**Marie Richardson**, Acting Project Director | **Joseph P. Moodhe**, Board Chair

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION