**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 1/25/2023 _
```

**PAULIN PRELDAKAJ,**

                                   **Plaintiff,**                    **22-CV-06055 (SN)**

                   **-against-**

**AIRLU REALTY, L.L.C., et al.,**                                    **ORDER**

                                   **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On January 24, 2023, the Honorable Andrew L. Carter, Jr. referred this matter to a

magistrate judge for all purposes based on the consent of the parties and the referral was

reassigned to my docket. See 28 U.S.C. § 636(c).

        The parties are directed to finalize the settlement and file a joint letter requesting

settlement approval by no later than February 3, 2023.  Any application for an extension of time

with respect to any deadlines in this matter must be made as soon as the cause for the extension

becomes known to the party making the application and must be made in accordance with

paragraph I(g) of the Court's Individual Practices.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        January 25, 2023
              New York, New York